PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| KRISTINA MCCLURE, ) | |
| *administrator for the estate of decedent* ) | |
| COLTON MCCLURE, ) | |
| ) | CASE NO. 4:24-CV-00116 |
| Plaintiff, ) | |
| ) | |
| v. ) | JUDGE BENITA Y. PEARSON |
| ) | |
| TRUMBULL COUNTY, ) | **MEMORANDUM OF** |
| *et al.* ) | **OPINION AND ORDER** |
| ) | |
| Defendants. ) | [Resolving ECF No. 138] |
| ) | |
| ) | |

The Court considers Defendants' Motion to Excuse Individual Defendants at Final Pretrial. ECF No. 138. The Motion is granted for the reasons herein.

### (I) DISCUSSION

Defendants who are individual corrections officers seek leave of Court to be excused them from the final pretrial conference set for October 22, 2025 at 10:00 a.m.[1] ECF Nos. 110 and 138. They contend that, because several of them remain employed as corrections officers at the Trumbull County Jail, requiring their attendance at the conference could result in staffing shortages, overtime expenses, and operational strain. ECF No. 128 at PageID #: 3662. Lead

---

[1] Defendants request excusal for: (1) Sheriff Paul Monroe; (2) Officer Gary Musolino; (3) Officer Ryan Fife; (4) Officer Jose McCord; (5) Officer Dan Zakrajsek; (6) Officer William Dreier' (7) Officer Kenney; (8) Sergeant Barbara Carducci; (9) Officer Zachary Ferguson; and (10) Officer Megan Frame.

(4:24-CV-00116)

counsel, the Trumbull County Sheriff and Defendants' insurance representative will be in attendance.

Under the Civil Trial Order, "lead counsel who will be present at trial and parties with full settlement authority must be present at the final pretrial unless excused by the Court upon written motion." ECF No. 110 at PageID #: 2705.  Because Defendants' lead counsel, insurance representative, and the Trumbull County Sheriff (1) have full settlement authority for the excused parties; (2) have full knowledge of the case; and (3) will attend the final pretrial conference, the excusal of the individual named Defendants (in Note 1) is appropriate.  ECF No. 110 at PageID #: 2705.

### (II)  CONCLUSION

Defendants' Motion to Excuse Individual Defendants at Final Pretrial (ECF No. 138) is granted.  All other provisions of the Civil Trial Order (ECF No. 110) remain in effect.

IT IS SO ORDERED.

| | |
|---|---|
| October 17, 2025 | /s/ *Benita Y. Pearson* |
| Date | Benita Y. Pearson<br>United States District Judge |